**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|                                                      |                                   |
| ---------------------------------------------------- | --------------------------------- |
| HAROLD HOLCOMB,                                       | ) Case No. EDCV 17-1341-JPR       |
|                                                      | )                                 |
|       Plaintiff,       | )    **JUDGMENT**  |
|                                                      | )                                 |
|     v.                            | )                                 |
|                                                      | )                                 |
| NANCY A. BERRYHILL, Acting                            | )                                 |
| Commissioner of Social                               | )                                 |
| Security,                                            | )                                 |
|                                                      | )                                 |
|       Defendant.        | )                                 |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.


DATED: June 27, 2018            _____

                              JEAN ROSENBLUTH
                              U.S. Magistrate Judge